**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: The Trailer Owner LLC ) | |
| ) | **Chapter 11** |
| ) | **Case No. 25-02805** |
| ) | |
| ) | |
| ) | **Judge: Timothy A. Barnes** |
| Debtor(s) ) | |

### NOTICE OF DEBTOR'S MOTION TO EMPLOY BANKRUPTCY COUNSEL

**TO: Served Upon the following parties electronically:**

Acting U.S. Trustee Adam Brief, Office of the U. S. Trustee, Region 11, 219 South Dearborn Room 873, Chicago, IL 60604, USTPRegion11.ES.ECF@usdoj.gov

Trustee Robert P Handler, Commercial Recovery Associates, LLC, 805 Greenwood Street, Evanston, IL 60201

**By US Mail:**

The Trailer Owner LLC, 926 N Boxwood Drive, Unit B, Mount Prospect, IL 60056

See Attached Service List

    PLEASE TAKE NOTICE that on March 26, 2025, at 9:00 am, I will appear before the Honorable Timothy A. Barnes, or any judge sitting in that judge's place, either in Courtroom 744 of the Everett McKinley Dirksen United States Courthouse located at 219 S. Dearborn St, Chicago, IL 60604, or electronically as described below, and present the Debtor's Motion to Employ Bankruptcy Counsel, a copy of which is attached.

    **Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

    **To appear by Zoom using the internet, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.**

    **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID**. The meeting ID for this hearing is **161 329 5276** and the passcode is **433658**. The meeting ID and passcode can also be found on the judge's page on the court's web site.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

**/s/ David Freydin**
**Law Offices of David Freydin, LTD.**
**8707 Skokie Blvd, #312**
**Skokie, IL 60077-2269**
**(v): 312.533.4077 | (f): 866.897.7577**

## Certification of Service

The undersigned, an attorney, certify that I transmitted a copy of this notice and the attached amended motion to the party on the service list above via regular U.S. Mail with postage prepaid from the mailbox located at 8707 Skokie Blvd, #312, Skokie, IL 60077-2269 on February 26, 2025. Furthermore, I certify that Adam Brief and Trustee Robert P. Handler were notified via ECF notification on February 26, 2025.

**/s/ David Freydin**
**Law Offices of David Freydin, LTD.**
**8707 Skokie Blvd, #312**
**Skokie, IL 60077-2269**
**(v): 312.533.4077 | (f): 866.897.7577**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **In re:  The Trailer Owner LLC** | ) | |
| | ) | **Chapter 11** |
| | ) | **Case No. 25-02805** |
| | ) | |
| | ) | |
| | ) | **Judge: Timothy A. Barnes** |
| **Debtor(s)** | ) | |

## DEBTOR'S MOTION TO EMPLOY BANKRUPTCY COUNSEL

The Trailer Owner LLC, debtor and debtor in possession (the "Debtor") respectfully requests entry of an Order authorizing the Debtor to employ David Freydin, the Law Offices of David Freydin PC ("Freydin") as its bankruptcy counsel as of February 25, 2025.  In support of this Amended Motion, the Debtor states as follows:

## CASE BACKGROUND

1) On February 25, 2025 (the "Petition Date"), the Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code.

2) The Debtor is a small business debtor as defined in 11 U.S.C. §101(51D) and continues to operate as a debtor in possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

3) The Debtor has a principal place of business in Mount Prospect, IL.  The Debtor is in the commercial trucking business.

4) The Debtor requires the assistance of counsel to represent it in matters concerning negotiation with creditors, preparation of a plan, corporate restructuring, analysis of claims and potential causes of action and other assets, and to otherwise represent the Debtor in matters before the Court.

5) The Debtor has selected Freydin as its bankruptcy counsel. Freydin has extensive experience with the Debtor's operations, the commercial trucking industry and Chapter 7, Chapter 11 and Chapter 13 bankruptcy cases.

**RELIEF REQUESTED**

6) The Debtor respectfully requests that the Court authorize it to employ Freydin as its bankruptcy counsel on the terms and conditions set forth herein and the Declaration attached hereto as Exhibit A.

7) The predicates for the relief requested herein are 11 U.S.C. §§ 105(a), 327(a) and 328(a), as supported by Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure.

**BASIS FOR RELIEF**

8) A Chapter 11 debtor may employ, with the court's approval, one or more attorneys "that do not hold or represent an interest adverse to the Estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under [the Bankruptcy Code]." 11 U.S.C. § 327(a).

9) The Debtor seeks to retain Freydin as its bankruptcy counsel because (a) Freydin has extensive general experience and knowledge in the field of debtor's and creditor's rights and cases under chapter 7, 11 and 13 of the Bankruptcy Code; and (b) has experience with and knowledge of the Debtor and its business operations and the real estate industry. The Debtor believes that Freydin is well qualified to represent it in the Chapter 11 proceedings.

10) The Debtor expects that Freydin will be called upon to render professional services, including, but not limited to, the following: (a) negotiation with creditors; (b) preparation of a plan and financial statements; and (c) examining and resolving claims filed against the estate.

11) As set forth in the Declaration, Freydin believes that he does not hold or represent an interest adverse to the Estate, and that he is a disinterested person within the meaning of § 327(a).

12) Additionally, pursuant to Bankruptcy Rule 2014(a), Freydin does not have any connections with the Debtor, its creditors, the United States Trustee, Subchapter V Trustee, or any person employed in the office of the United States Trustee, any other party in interest, or their respective attorneys or accountants.

13) Under the facts as described herein and, in the Declarations, the Debtor believes that retention of Freydin as bankruptcy counsel in this case satisfies all the applicable statutory standards enumerated above.

**COMPENSATION**

14) Section 328(a) of the Bankruptcy Code permits the Debtor, subject to this Court's approval, to employ or authorize the employment of a professional person under Section 327 "on any reasonable terms and conditions of employment, including … on a contingent fee basis." 11 U.S.C. § 328(a).

15) The Debtor proposes to retain Freydin on an hourly basis and seeks approval under Section 328(a) of the Bankruptcy Code of that arrangement.

16) The normal hourly billing rates for the attorneys at The Law Offices of David Freydin PC are as follows: David Freydin $450 per hour, Jan Michael Hulstedt $425 per hour, Derek Lofland $425 per hour, and Jeremy Nevel $425 per hour.

17) Freydin will maintain detailed and contemporaneous records of time and any actual and necessary expenses incurred in connection with the rendering of the legal services contemplated herein by category and nature of the services rendered.

18) Freydin understands that any and all compensation for legal services rendered on behalf of the Debtor shall be subject to Court approval, after notice and hearing, and in accordance with applicable sections of the Bankruptcy Code, Bankruptcy Rules, and Local Rules and Procedures.

19) The legal fees and related costs incurred by the Debtor on account of services rendered by Freydin shall be paid as an administrative expense of the Estate in accordance with the Bankruptcy Code and any applicable orders entered in this chapter 11 case.

20) Prior to the filing of this Application, the Debtor required that its counsel perform certain services, including reviewing schedules, preparation of adequate protection motion and otherwise preparing for the Debtor's initial debtor interview and discussions with the Chapter V trustee. The Debtor requests that the retention of counsel be made effective as of February 25, 2025.

21) The Firm received a $10,000.00 prepetition retainer prior to the filing of the case. David Freydin spent 4.5 hours meeting with the client, reviewing bank statements, tax returns, and bills for the Debtor, and preparing the bankruptcy petition.

22) The Firm has done $2,025.00 in legal work prior to the filing of the case. The Firm also paid the filing fee of $1,738.00. The remaining $6,237.00 of the retainer is being held by the Firm to pay for post-petition work that will be held in the Firm's IOLTA Account and that work will be itemized in a Fee Application that is subject to this Court's Approval.

## **NOTICE**

23) Notice of this Application has been given to: (i) the Office of the United States Trustee; (ii) The Subchapter V Trustee, (iii) Bankruptcy Counsel; (iv) the 20 largest creditors; and (v) any person that has requested notice in the Case or that receives notices through the ECF System with respect to the case.

WHEREFORE, The Trailer Owner LLC, prays this Court enter an Order for the following:

A. Authorizing the Debtor to employ David Freydin and the Law Offices of David Freydin PC as of February 25, 2025 for the purposes set forth in this Motion;

B. Compensation to the Firm is subject to Court approval; and

C. Such other and further relief as this Court deems appropriate.

February 26, 2025                                      The Trailer Owner LLC
                                                       By:   David Freydin
                                                       One of its proposed Counsel

David Freydin
Law Offices of David Freydin, 8707 Skokie Blvd, Suite 312
Skokie, IL 60077
847-972-6157 phone
866-897-7577 fax
david.freydin@freydinlaw.com
*Bankruptcy Counsel for the Debtor*