```
Label Matrix for local noticing          The Trailer Owner LLC                  U.S. Bankruptcy Court
0752-1                                    926 N Boxwood Drive, Unit B            Eastern Division
Case 25-02805                             Mount Prospect, IL 60056-1202          219 S Dearborn
Northern District of Illinois                                                    7th Floor
Eastern Division                                                                 Chicago, IL 60604-1702
Tue Feb 25 21:34:52 CST 2025

Ally Financial                            BMO Harris Bank                        Banterra Bank
Attn: Bankruptcy Dept                     Attn: Bankruptcy                       1404 Rt. 45
Po Box 380901                             Po Box 2035                            Eldorado, IL 62930-3766
Bloomington, MN 55438-0901                Milwaukee, WI 53201-2035


Capital One                               Chase Card Services                    Christian Puscas
Attn: Bankruptcy                          Attn: Bankruptcy                       926 North Boxwood Drive
Po Box 30285                              Po Box 15298                           Unit B
Salt Lake City, UT 84130-0285             Wilmington, DE 19850-5298              Mount Prospect, IL 60056-1202


CommonTrans, Inc.                         Daniel Truck Repairs                   EverBank
82 S Milwaukee Ave.                       2735 West US 30                        10 Waterview Blvd.
Suite 210                                 Hamlet, IN 46532                       Parsippany, NJ 07054-1286
Wheeling, IL 60090-3108


Flagstar Financial and Leasing            Fountain Equipment Finance             Internal Revenue Service
100 Duffy Ave.                            8331 E Walker Springs Lane             PO BOX 7346
Suite 402                                 Suite 203                              Philadelphia, PA 19101-7346
Hicksville, NY 11801-3636                 Knoxville, TN 37923-3161


Northpoint Commercial Finance             TAB Bank                               Adam G. Brief
5035 South Service Road                   4185 Harrison Blvd.                    Office of the U. S. Trustee, Region 11
Ontario, Canada                           Ogden, UT 84403-6400                   219 South Dearborn
                                                                                 Room 873
                                                                                 Chicago, IL 60604-2027


David Freydin                             End of Label Matrix
Law Offices of David Freydin Ltd          Mailable recipients    18
8707 Skokie Blvd                          Bypassed recipients     0
Suite 312                                 Total                  18
Skokie, IL 60077-2281
```