**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: The Trailer Owner LLC ) | |
| ) | **Chapter 11** |
| ) | **Case No. 25-02805** |
| ) | |
| ) | |
| ) | **Judge: Timothy A. Barnes** |
| Debtor(s)                    ) | |

## NOTICE OF DEBTOR'S MOTION TO MAINTAIN PREPETITION BANK ACCOUNT

**TO: Served Upon the following parties electronically:**

Acting U.S. Trustee Adam Brief, Office of the U. S. Trustee, Region 11, 219 South Dearborn Room 873, Chicago, IL 60604, USTPRegion11.ES.ECF@usdoj.gov

Trustee Robert P Handler, Commercial Recovery Associates, LLC, 805 Greenwood Street, Evanston, IL 60201

**By US Mail:**

See Attached Service List

PLEASE TAKE NOTICE that on March 05, 2025, at 9:00 am, I will appear before the Honorable Timothy A. Barnes, or any judge sitting in that judge's place, either in courtroom 744 of the Everett McKinley Dirksen United States Courthouse located at 219 S. Dearborn St, Chicago, IL 60604, or electronically as described below, and present the Debtor's Motion to Maintain Prepetition Bank Account, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

Meeting ID. The meeting ID for this hearing is **161 329 5276** and the passcode is **433658**. The meeting ID and passcode can also be found on the judge's page on the court's web site.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

**/s/ David Freydin**
**Law Offices of David Freydin, LTD.**
**8707 Skokie Blvd, #312**
**Skokie, IL 60077-2269**
**(v): 312.533.4077 | (f): 866.897.7577**

## Certification of Service

The undersigned, an attorney, certify that I transmitted a copy of this notice and the attached amended motion to the party on the service list above via regular U.S. Mail with postage prepaid from the mailbox located at 8707 Skokie Blvd, #312, Skokie, IL 60077-2269 on February 26, 2025. Furthermore, I certify that Adam Brief and Trustee Robert P. Handler were notified via ECF notification on February 26, 2025.

**/s/ David Freydin**
**Law Offices of David Freydin, LTD.**
**8707 Skokie Blvd, #312**
**Skokie, IL 60077-2269**
**(v): 312.533.4077 | (f): 866.897.7577**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re:  The Trailer Owner LLC | ) | |
| | ) | **Chapter 11** |
| | ) | **Case No. 25-02805** |
| | ) | |
| | ) | |
| | ) | **Judge: Timothy A. Barnes** |
| Debtor(s) | ) | |

### MOTION TO MAINTAIN PREPETITION BANK ACCOUNTS

The Trailer Owner LLC, ("Debtor"), pursuant to 11 U.S.C. §§ 105 and 363, moves this Court for the entry of an order (the "Motion") authorizing the (i) maintenance of the Debtor's existing bank account, and (ii) continued use of its existing business forms. In support of the Motion, the Debtor states as follows:

### JURISDICTION

1. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

### RELIEF REQUESTED

2. The Debtor is a corporation, who intends to use his disposable monthly income to fund a chapter 11 plan for the benefit of his creditors.

A. **The Bank Accounts**

3. Prior to the Petition Date, the Debtors maintained a checking account with JPMorgan Chase Bank, N.A. (Chase) ending in #1189 in the ordinary course of business.

4. The Debtor requests permission to maintain the Chase Checking Account notwithstanding the United States Trustee's requirement that existing bank accounts be closed and new post-petition bank accounts be opened. If enforced in this case, such requirements are unduly burdensome for this individual Debtor.

5. Furthermore, Chase is a nationally recognized, large banking institution with FDIC insurance (up to an applicable limit per account).

6. In order to avoid delays in post-petition payments and to ensure minimally disruptive transition into chapter 11, Debtor respectfully asks that he be permitted to continue to maintain its existing Chase Account. Subject to a prohibition against honoring prepetition checks without specific authorization from this Court, the Debtor requests that the Chase Account be deemed debtor-in-possession accounts and that their maintenance and continued use, in the same manner and with the same account numbers, styles, and document forms as those employed during the prepetition period, be authorized.

**B. Business Forms and Checks**

7. In order to minimize disruption to his operations and avoid unnecessary expenses, the Debtor also requests that he be authorized to continue to use all correspondence, business forms and checks existing immediately prior to the Petition Date without reference to the Debtor's status as a debtor-in-possession.

**NOTICE**

8.	The Debtor has sent at least seven (7) days' written notice of this Motion to the United States Trustee, the Subchapter V Trustee, and all other parties requesting notice of pleadings by CM/ECF.  The Debtor submits that no other or further notice need be provided under the circumstances.

WHEREFORE, The Trailer Owner LLC, respectfully asks that this Court enter an order substantially in the form accompanying the Motion, and for such other further relief as the Court deems just.

| | |
|---|---|
| February 26, 2025 | The Trailer Owner LLC<br>By:   David Freydin<br>One of its Proposed Counsel |

David Freydin
Law Offices of David Freydin, 8707 Skokie Blvd, Suite 312
Skokie, IL 60077
847-972-6157 phone
866-897-7577 fax
david.freydin@freydinlaw.com
*Bankruptcy Counsel for the Debtor*