**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: THE TRAILER OWNER, LLC, | ) | Chapter 11 |
| | ) | |
| | ) | No. 25-02805 |
| Debtor. | ) | Judge David D. Cleary |

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

This case is before the Court on the motion of Fountain Equipment Finance, LLC, for relief from the automatic stay.

**IT IS ORDERED** that the motion is granted as follows:

1. The stay is modified so as not to restrain Fountain Equipment Finance, LLC from pursuing non-bankruptcy remedies as to:

   | | Model – Description | VIN# |
   |---|---|---|
   | a. | 2020 Utility Dry Van Trailer 53' | 1UYVS2S3XL3819S22 |
   | b. | 2020 Utility Dry Van Trailer 53' | 1UYVS2S31L3819S23 |
   | c. | 2019 Utility Dry Van Trailer 53' | 1UYVS2S38K3633444 |
   | d. | 2019 Utility Dry Van Trailer 53' | 1UYVS2S36K3633443 |
   | e. | 2019 Utility Dry Van Trailer 53' | 1UYVS2S30K3733067 |
   | f. | 2018 Utility Dry Van Trailer 53' | 1UYVS2S33J738S112 |
   | g. | 2019 Utility Dry Van Trailer 53' | 1UYVS2S34K7S04612 |
   | h. | 2019 Utility Dry Van Trailer 53' | 1UYVS2S31K3633446 |

   | | Model – Description | VIN# |
   |---|---|---|
   | i. | 2020 Int'l LT Sleeper Truck | 3HSDZAPR1LN844309 |
   | j. | 2020 Int'l LT Sleeper Truck | 3HSDZAPR7LN812383 |

   | | Model – Description | VIN# |
   |---|---|---|
   | k. | 2020 Int'l LT6 w/ APU | 3HSDZAPR2LN844349 |
   | l. | 2020 Int'l LT6 w/ APU | 3HSDZAPR5LN812429 |

2. The stay in Rule 4001(a)(4) of the Federal Rules of Bankruptcy Procedure does not apply to this Order.

Date: June 4, 2025

ENTER:

_____
The Honorable David D. Cleary

Prepared by:

Christopher C. Kendall
The Law Office of Christopher C. Kendall, P.C.
190 South LaSalle, Suite 3850
Chicago, IL 60603
312/444-9505
ckendall@ckendall.com

Counsel for Creditor, Fountain Equipment Finance, LLC